

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00379-CR

**JOSHUA RYAN HERRIN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 23-01392-CRF-361**

## MEMORANDUM OPINION

Joshua Ryan Herrin appealed the trial court's Judgment of Conviction by Jury. He now moves to dismiss the appeal. Herrin and his attorney have signed the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Herrin's motion to dismiss is granted, and this appeal is dismissed. *Id.*

LEE HARRIS
Justice

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Motion granted; appeal dismissed
Opinion delivered and filed February 6, 2025
Do not publish
[CRPM]

